Christopher Jensen, Esq.
(State Bar No. 003581)
Hans Clugston, Esq.
(State Bar No. 019033)
**JENSEN LAW FIRM, P.C.**
711 Whipple Street
Prescott, Arizona 86301-1717
Telephone: (520) 778-2660
Attorneys for Petitioner
[STAMP: FILED __ LODGED __ RECEIVED __ COPY MAR 0 2 1999 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA __ DEPUTY]

[STAMP: FEB 26 1999]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ACCURACY INTERNATIONAL, a foreign corporation, | Case No. CIV 98-1020 PCT PGR |
| Petitioner/Counterdefendant, | STIPULATED JUDGMENT |
| vs. | |
| GUNSITE TRAINING CENTER, INC., an Arizona corporation, | [STAMP: IT IS NOT IN PROPER FORM ACCORDING... 1.9(c)(2)] |
| Respondent/Counterclaimant. | |

Pursuant to the Stipulation for Entry of Judgment,

IT IS HEREBY ORDERED as follows:

1. The counterclaim of Respondent/Counterclaimant Gunsite Training Center, Inc., is dismissed with prejudice.

2. Stipulated Judgment is entered in favor of Petitioner/Counterdefendant Accuracy International and against Gunsite Training Center in the amount of SIXTY THOUSAND DOLLARS ($60,000), together with ten percent (10%) per annum interest from February 8, 1999.

    a. Regular monthly payments are to commence upon the Stipulated Judgment amount at the rate of not less than TEN THOUSAND




DOLLARS ($10,000) per month beginning April 1, 1999, and monthly thereafter.

      b.   Said payments are to be paid by Gunsite Training Center, Inc., to Accuracy International in care of Jensen Law Firm, P.C., 711 Whipple Street, Prescott, Arizona, 86301.

      c.   Gunsite Training Center, Inc., shall be entitled to receive a receipt immediately upon hand-delivery of any payment and within seven (7) days as to any mailed payment from Jensen Law Firm, P.C., indicating the date payment is received and the amount of each such payment.

      d.   There shall be a ten (10) day grace period as to each monthly payment, which ten (10) day grace period shall expire upon the tenth day of each calendar month, monthly, beginning April 1, 1999, and thereafter until the final amount is paid.

      e.   The ten (10) day grace period shall extend until the next following business day in the event that the tenth day of the grace period shall fall upon a Saturday, Sunday or legal holiday.

      f.   In the event Gunsite Training Center, Inc., shall fail to make any required payment on or before the due date as explained by the grace period indicated above, a default shall occur, then the entire remaining amount of principal and interest shall be completely due and payable with no right of reinstatement.

      g.   All payments made by Gunsite Training Center, Inc., to Accuracy International pursuant to the Stipulated Judgment shall be applied to interest first and then to principal then owing as of the date of the payment.

h. There shall be no prepayment penalty of any type or kind in connection with the payments called for in connection with the stipulated judgment.

i. Accuracy International agrees not to execute on or take any other action to enforce the Stipulated Judgment entered so long as Gunsite Training Center, Inc., is fully performing its obligation to make the required payments as set forth above.

3. Accuracy International shall file with the Court and serve upon Gunsite Training Center, Inc., through its counsel, to the attention of attorney James Kahn, Satisfaction of Judgment within ten (10) days of receiving the final payment owing pursuant to the stipulation for judgment.

4. Accuracy International shall not record with the Yavapai County Recorder or any other County Recorder or government office the Stipulated Judgment unless and until there is a default in the payments required under the Stipulated Judgment as defined above.

DATED this _1st_ day of _March_, 1999.

_____
Hon. Paul G. Rosenblatt
United States District Judge

APPROVED AS TO FORM:

_____
Christopher Jensen
Attorney for Petitioner Accuracy

_____
James F. Kahn
Attorney for Respondent Gunsite



3